# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | |
| ) | Case No. **CR-21-275-C** |
| **CESAR ALEJANDRO FONSECA-** ) | |
| **ECHAVARRIA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Before the Court is a Joint Motion to Continue Trial Date and Unopposed Motion to Consolidate, Doc. 139, filed on April 7, 2022, which requests a continuance of the trial of Cesar Fonseca from the April 2022 trial docket to the August 2022 trial docket and consolidation of the trials of all other defendants to the same August 2022 trial docket.

Having reviewed the parties' motion and considered the ends of justice, the Court finds that the need for a consolidation and continuance outweighs the interests of the defendants and the public in a speedy trial. *See* 18 U.S.C. ' 3161(h)(7)(A). The Court concludes based on the Indictment and the parties= representations in the joint motion that this case involves allegations that merit additional time for trial preparation. In particular, the Court finds that defense counsel will need more time to review more than 15,000 pages of discovery produced by the government to date.

A continuance would not make a continuation of these proceedings impossible under § 3161(h)(7)(B)(i) and would be fully consistent with the policies articulated in the

remaining subsections of § 3161(h)(7)(B). Furthermore, this motion is not based on a lack of diligent preparation or failure to obtain available witnesses on the part of the attorneys for the government and the defendant.

Accordingly, the Court hereby GRANTS the Joint Motion to Continue Trial and Unopposed Motion to Consolidate, STRIKES the Cesar Fonseca case from the Court=s April 2022 Trial Docket, and RESETS the trial of the remaining defendants together on the same trial docket so that the trial of all defendants in this case be set for the August 2022 Trial Docket.

IT IS SO ORDERED this 8th day of April, 2022.

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge